UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CHAQUICO,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID FREIBERG, et al.,<br><br>    Defendants. | Case No. 17-cv-02423-MEJ<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 16 |

Plaintiff Craig Chaquico filed a Motion to Seal a 1993 Settlement Agreement under seal on the ground that it had been designated confidential by the signing parties. Mot., Dkt. No. 16. The Court found Plaintiff "fail[ed] to show any specific harm or prejudice will result if the 1993 Agreement is filed publicly." Order at 3, Dkt. No. 20; *see* Civ. L.R. 79-5(d) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable."). The Court allowed Plaintiff to "file an additional declaration to conform with Civil Local Rule 79-5." *Id.* at 4.

Rather than filing a declaration identifying the specific harm that would result from the public disclosure of the 1993 Settlement Agreement, Plaintiff filed an unredacted version of the Agreement in the public docket. *See* Dkt. No. 22. Accordingly, the Court FINDS AS MOOT the Motion to Seal.

**IT IS SO ORDERED.**

Dated: August 8, 2017

                                                    MARIA-ELENA JAMES
                                                  United States Magistrate Judge