KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DAVID W. SWIFT (SBN 235033)
  dswift@kwikalaw.com
JOSHUA M. ROSENBERG (SBN 274473)
  jrosenberg@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiff
Craig Chaquico

LEAVENS, STRAND & GLOVER, LLC
TRAVIS W. LIFE (SBN 236033)
  tlife@lsglegal.com
203 North LaSalle Street, Suite 2550
Chicago, Illinois, 60601
Telephone: 312.488.4170
Facsimile:  312.488.4177

Attorney for Defendants
David Freiberg, Donny Baldwin, Chris Smith
Jude Gold, and Catherine Richardson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CHAQUICO,<br><br>          Plaintiff,<br><br>vs.<br><br>DAVID FREIBERG, an Individual; DONNY BALDWIN, an Individual; CHRIS SMITH, an Individual; JUDE GOLD, an Individual; CATHERINE RICHARDSON, an Individual; and DOES 1 to 20,<br><br>          Defendants. | Case No.: 3:17 CV 02423 MEJ<br><br>[~~PROPOSED~~] ORDER PERMITTING LEAD COUNSEL TO ATTEND STATUS CONFERENCE TELEPHONICALLY<br><br>Trial Date:  None Set |

Lead counsel for Plaintiff Craig Chaquico ("Plaintiff") and Defendants David Freiberg, Donny Baldwin, Chris Smith, Jude Gold, and Catherine Richardson (collectively referred to as "Defendants") having requested to attend the initial status conference hearing telephonically, being located outside the San Francisco area;

IT IS HEREBY ORDERD THAT:

Lead counsel for Plaintiff and Defendants may appear telephonically for the initial status hearing on February 22, 2018.

DATED: February 15, 2018

_____
The Honorable Maria-Elena James
United States Magistrate Judge

Counsel shall call the following phone number, on February 22, 2018:
1-888-684-8852 / Access Code: 2925506
Counsel shall call into the phone number at 10:00 a.m.  The Calendar shall be called in the order of call, therefore counsel shall not be excused until the Court excuses them.

[PROPOSED] ORDER PERMITTING LEAD COUNSEL TO ATTEND STATUS CONFERENCE TELEPHONICALLY - 2