UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CHAQUICO,<br><br>   Plaintiff,<br><br> v.<br><br>DAVID FREIBERG, et al.,<br><br>   Defendants. | Case No. 17-cv-02423-VC<br><br>**ORDER SHOWING CAUSE**<br>Re: Dkt. No. 117 |

Counsel for the plaintiff is ordered to show cause why they should not be sanctioned for including material designated "Highly Confidential" in the proposed third amended complaint. A hearing will take place on September 18, 2018 at 1:30 p.m. In addition, the case management conference scheduled for that date is converted to an in-person conference and will take place at 1:30 p.m.

  **IT IS SO ORDERED.**

Dated: September 6, 2018

                VINCE CHHABRIA
                United States District Judge