CABANISS LAW
JOHN C. CABANISS (SBN 1002857)
john@cabanisslaw.com
THOMAS ARMSTRONG (SBN 1016529)
tom@cabanisslaw.com
839 N. Jefferson Street, Suite 400
Milwaukee, WI 53202
Telephone: 414-220-9211
Facsimile: 414-220-9214

Attorneys for Plaintiff
Craig Chaquico

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CHAQUICO,<br><br>          Plaintiff,<br><br>vs.<br><br>DAVID FREIBERG, an Individual; DONNY BALDWIN, an Individual; CHRIS SMITH, an Individual; JUDE GOLD, an Individual; CATHERINE RICHARDSON, an Individual,<br><br>          Defendants. | Case No. 3:17-cv-02423- VC<br><br>**~~PROPOSED~~ ORDER RE STIPULATION ON SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Trial Date: |

Based on the Stipulation of counsel, it is HEREBY ORDERED that the summary judgment briefing schedule shall be as follows:

1.  Plaintiff's motion for summary judgment, together with supporting documents, is due on or before November 21, 2018.

2.  Defendants' opposition/motion for summary judgment with supporting documents, are due on or before December 13, 2018.

3.  Plaintiff's response to defendants' opposition/motion for summary judgment with supporting documents is due on or before December 27, 2018.

4. Defendants' response brief is due on or before January 10, 2019.

Date: November 2, 2018



GRANTED
Judge Vince Chhabria

~~Proposed~~ Order Re Stipulation on Summary Judgment Briefing Schedule